UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD GARITY, Individually, and on Behalf of Others Similarly Situated,<br><br>      Plaintiff,<br>v.<br><br>TETRAPHASE PHARMACEUTICALS INC., GUY MACDONALD, JACQUES DUMAS, PIPER JAFFRAY & CO., BMO CAPITAL MARKETS CORP., STIFEL NICOLAUS & CO., INC., SUNTRUST ROBINSON HUMPHREY & CO., LLC, H.C. WAINWRIGHT & CO., LLC<br>      Defendants. | C.A. No. 1:18-cv-06797-ALC |

## JOINT STIPULATION REGARDING
## TIME TO ANSWER OR OTHERWISE RESPOND

  WHEREAS, Plaintiff commenced this Action by filing a complaint dated July 27, 2018 (the "Complaint");

  WHEREAS, the Complaint asserts claims under Sections 11 and 15 of the Securities Act of 1933 (the "Securities Act"), Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and SEC Rule 10b-5 on behalf of a putative class;

  WHEREAS, pursuant to Section 27(a) of the Securities Act and Section 21D(a) of the Exchange Act, the Court will appoint a Lead Plaintiff(s); and

  WHEREAS, the parties have agreed to a schedule that extends Defendants' time to respond to the Complaint until after a Lead Plaintiff has been appointed and an amended complaint has been filed.

  IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to the Court's approval, as follows:

1.  Without waiving any rights, defenses or other objections, (a) undersigned counsel for defendants Tetraphase Pharmaceuticals, Inc., Guy Macdonald, and Jacques Dumas is authorized and agrees to accept service of the Complaint on behalf of those defendants; and (b) undersigned counsel for defendants Piper Jaffray & Co., BMO Capital Markets Corp., Stifel Nicolaus & Co., Inc., SunTrust Robinson Humphrey & Co., LLC, and H.C. Wainwright & Co., LLC is authorized and agrees to accept service of the Complaint on behalf of those defendants.

2.  Defendants shall not be required to answer or otherwise respond to the Complaint; and

3.  Following entry of an order by the Court pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") selecting a Lead Plaintiff(s) and appointing Lead Counsel, counsel for Defendants and Lead Counsel shall confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response thereto.

Dated: December 10, 2018

Respectfully submitted,

/s/
Lesley F. Portnoy
GLANCY PRONGAY & MURRAY LLP
230 Park Avenue, Suite 530
New York, NY 10169
Tel: (212) 682-5340
Fax: (212) 884-0988
lportnoy@glanylaw.com

*Attorney for Plaintiff*

/s/
Michael G. Bongiorno
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
michael.bongiorno@wilmerhale.com

*Attorney for Defendants Tetraphase Pharmaceuticals, Inc., Guy Macdonald, and Jacques Dumas*

/s/
Amanda Prentice
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
Tel: (212) 415-9200
Fax: (212) 953-7201
prentice.amanda@dorsey.com

*Attorney for Defendants Piper Jaffray & Co., BMO Capital Markets Corp., Stifel Nicolaus & Co., Inc., SunTrust Robinson Humphrey & Co., LLC, and H.C. Wainwright & Co., LLC*

Dated: December 10, 2018

Respectfully submitted,

/s/
Lesley F. Portnoy
GLANCY PRONGAY & MURRAY LLP
230 Park Avenue, Suite 530
New York, NY 10169
Tel: (212) 682-5340
Fax: (212) 884-0988
lportnoy@glanylaw.com

*Attorney for Plaintiff*

/s/
Michael G. Bongiorno
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
michael.bongiorno@wilmerhale.com

*Attorney for Defendants Tetraphase Pharmaceuticals, Inc., Guy Macdonald, and Jacques Dumas*

/s/
Amanda Prentice
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
Tel: (212) 415-9200
Fax: (212) 953-7201
prentice.amanda@dorsey.com

*Attorney for Defendants Piper Jaffray & Co., BMO Capital Markets Corp., Stifel Nicolaus & Co., Inc., SunTrust Robinson Humphrey & Co., LLC, and H.C. Wainwright & Co., LLC*

Dated: December 10, 2018                Respectfully submitted,

/s/ _____
Lesley F. Portnoy
GLANCY PRONGAY & MURRAY LLP
230 Park Avenue, Suite 530
New York, NY 10169
Tel: (212) 682-5340
Fax: (212) 884-0988
lportnoy@glanylaw.com

*Attorney for Plaintiff*

/s/ _____
Michael G. Bongiorno
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
michael.bongiorno@wilmerhale.com

*Attorney for Defendants Tetraphase Pharmaceuticals, Inc., Guy Macdonald, and Jacques Dumas*

/s/ *Amanda Prentice*
Amanda Prentice
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
Tel: (212) 415-9200
Fax: (212) 953-7201
prentice.amanda@dorsey.com

*Attorney for Defendants Piper Jaffray & Co., BMO Capital Markets Corp., Stifel Nicolaus & Co., Inc., SunTrust Robinson Humphrey & Co., LLC, and H.C. Wainwright & Co., LLC*